UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| **CAROL T. DEAN** | : | **CIVIL ACTION NO.: 1202934** |
| **VERSUS** | : | **JUDGE: MAURICE HICKS, JR.** |
| **STATE OF LOUISIANA** | : | **MAGISTRATE JUDGE: MARK L. HORNSBY** |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, Carol T. Dean, and Defendant, the State of Louisiana, through the Department of Children and Family Services, jointly stipulate to the dismissal of this action, with prejudice.

Respectfully submitted on this 26th day of May, 2015.

/s/Nelson W. Cameron  
Nelson W. Cameron, Bar Roll #01283  
Attorney at Law  
675 Jordan Street  
Shreveport, Louisiana  71101  
Telephone:  (318) 226-0111  
Facsimile:  (318) 226-0760  

ATTORNEY FOR PLAINTIFF,  
CAROL DEAN  

/s/ Mary Lou Blackley  
Mary Lou Blackley, Bar Roll #4349  
LOUISIANA DEPARTMENT OF JUSTICE  
330 Marshall Street, Suite 777  
Shreveport, LA  71101  
Phone:  (318) 676-5708  
FACSIMILE:  (318) 676-5703  

ATTORNEY FOR DEFENDANT,  
STATE OF LOUISIANA, THROUGH THE  
DEPARTMENT OF CHILDREN AND  
FAMILY SERVICES

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing Motion was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

     Shreveport, Louisiana, this 26th day of May, 2015.

                                     /s/ Mary Lou Blackley
                                     MARY LOU BLACKLEY