UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| **CAROL T. DEAN** | : | **CIVIL ACTION NO.: 1202934** |
| **VERSUS** | : | **JUDGE: MAURICE HICKS, JR.** |
| **STATE OF LOUISIANA** | : | **MAGISTRATE JUDGE:** <br> **MARK L. HORNSBY** |

## ORDER

Considering the foregoing motion:

IT IS HEREBY ORDERED that the above action is now dismissed with prejudice.

Shreveport, Louisiana, this 27th day of May, 2015.

_____
JUDGE MAURICE HICKS, JR.